1020

THE STATE OF WASHINGTON, *Respondent*, v. RAY MAYNARD
FENNER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63913, Albert N. Bradford, J., entered January 21, 1975. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD E.
CROSSLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22006, George T. Shields, J., entered June 5, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

CHARLES C. MOURER, *Respondent*, v. SHORELINE SCHOOL
DISTRICT No. 412, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 738770, Eugene G. Cushing, J. Pro Tem., entered January 2, 1974. *Remanded with instructions* by unpublished opinion per James, J., concurred in by Williams, C.J., and Farris, J.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RAY
STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65288, Robert W. Winsor, J., entered June 14, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Callow, JJ.